*Pro Se*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| SARAI FLORES, | CASE NO. _____ |
|---|---|
| Plaintiff(s), | |
| v. | NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE; ORDER |
| STATE OF WASHINGTON, WASHINGTON STATE ADMINISTRATIVE OFFICE OF THE COURTS, SUPERIOR COURT OF WASHINGTON COUNTY OF PIERCE, | |
| Defendant(s). | |

WHEREAS, no defendant has filed an answer or a motion for summary judgment in this action; and

WHEREAS, no cross-claim or counter-claim has been filed in this action.

NOW, THEREFORE, Plaintiff, Sarai Flores, hereby dismisses this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i)

Dated: January 24, 2023

_/s/ Sarai Flores_____

Sarai Flores, Plaintiff, Pro Se

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE; AND PROPOSED ORDER

*Pro Se*

## **ORDER**

    Upon request of Plaintiff and good cause appearing,

    IT IS HEREBY ORDERED that this action be and hereby is dismissed without prejudice in its entirety. The clerk is directed to close this action.

    IT IS SO ORDERED.

DATE: _____          _____
                                                                United States District Judge

| | |
|---|---|
| Name | Sarai Flores |
| Street Address | 233 E. Southern Ave #26804 |
| City and County | Tempe, Maricopa County |
| State and Zip Code | Arizona 85285 |
| Telephone Number | 602-218-1404 |

A.

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE; AND PROPOSED ORDER